IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 17-cr-20024 |
| ) | |
| JOHN JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Defendant John Johnson's Motion to Permit Testimony and Produce Records Pursuant to Local Rule 57.2 (d/e 46) (Motion to Produce), and the United States of America's Motion for Extension of Time to Respond to Defendant's Omnibus Motion (d/e 51) (Motion for Extension of Time).

The Government's Motion for Extension of Time asks for an extension of time to November 18, 2019, to respond to Defendant's Omnibus Motion (d/e 50). The request is allowed. The Government is given an extension of time to November 18, 2019 to respond to Defendant's Omnibus Motion.

Johnson's Motion to Produce asks the Court to authorize Officer Gwen Powell to testify in the evidentiary hearing (Hearing) on Johnson's

pending Motion to Dismiss Indictment (d/e 29) (Motion to Dismiss).

Johnson further asks the Court to order Officer Powell to produce:

> Any and all records, recordings or documents in your possession, including but not limited to emails, handwritten notes, chronos (sic), voicemails, etc., associated with and relative to communications between Officer Gwen Powell and any member of law enforcement or the Department of Justice regarding the cooperation agreement offered to John Johnson or any communication to John Johnson regarding any cooperation agreement, between December 1, 2015 and March 31, 2016.

<u>Motion to Produce</u>, attached <u>Proposed Subpoena</u>. Johnson has attached to the Motion to Produce a proposed subpoena to order Officer Powell to produce the requested documents and to appear at the Hearing to testify.

The Government does not object to Officer Powell testifying or producing relevant records, except that the Government asks the Court to conduct an in camera inspection of the documents to limit the production to documents relevant to the issues raised in the Motion to Dismiss. The Court agrees that an in camera inspection is appropriate. Johnson asks Officer Powell to produce non-public judicial records of the Probation Office. The Court should review such records before production to prevent disclosure of confidential material not relevant to the Motion to Dismiss. The Court, therefore, will allow the Motion to Produce in part. The Court will authorize Officer Powell to testify at the Hearing and will allow Johnson

to serve a subpoena on Officer Powell to require her to produce responsive documents to the Court for in camera inspection and to appear at the Hearing to testify as a witness for Johnson.

Granting Defendant Johnson's Motion to Produce requires a continuation of the Hearing, currently set for November 20, 2019, at 1:30 p.m.  Officer Powell will need time to produce responsive documents, and the Court will need time to conduct the in camera inspection.  The Court continues the Hearing to Thursday, December 19, 2019, at 9:00 a.m.  The Court will also need time to consider Defendant Johnson's Omnibus Motion.

The Court will, by separate text order, continue the status conference in Defendant Johnson's revocation proceeding in Case No. 01-cr-20004 to December 19, 2019.

THEREFORE, IT IS ORDERED that the United States of America's Motion for Extension of Time to Respond to Defendant's Omnibus Motion (d/e 51) is ALLOWED, and Defendant John Johnson's Motion to Permit Testimony and Produce Records Pursuant to Local Rule 57.2 (d/e 46) is ALLOWED in part.  The Government is given an extension of time until November 18, 2019 to respond to Defendant Johnson's Omnibus Motion (d/e 50).  The Court authorizes U.S. Probation Officer Gwen Powell to

testify at the Hearing on Defendant's Motion to Dismiss Indictment (d/e 29). Defendant Johnson is directed to prepare a revised subpoena ordering Officer Gwen Powell: (1) to produce to the Court by December 6, 2019, the documents described in the proposed subpoena attached to the Motion to Produce; and (2) to appear at the Hearing to testify. The Clerk is directed to issue the subpoena and return it to Defendant's counsel for Defendant to serve on Officer Powell. The Hearing on Defendant Johnson's Motion to Dismiss Indictment set for November 20, 2019 is CANCELLED and reset for December 19, 2019 at 9:00 a.m. before this Court in Courtroom III, first floor, U.S. Courthouse, 600 E. Monroe Street, Springfield, Illinois. The Court finds that continuing the Hearing is necessary for the prompt disposition of Defendant Johnson's Motion to Dismiss Indictment and, also, is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(1)(D) & (h)(7)(A).

ENTER: November 12, 2019

*s/ Tom Schanzle-Haskins*
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE